UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omar Jose RINCON BOHORQUEZ, Petitioner, v. WARDEN, et al., Respondents. | Case No.: 25-cv-1375-AGS-MSB **ORDER** |

Petitioner's motion to dismiss his habeas petition (ECF 8) is governed by Federal Rule of Civil Procedure 41. *See* Rules Governing § 2254 Cases, Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.")[1]; *Richardson v. Sherman*, 773 F. App'x 906, 906 (9th Cir. 2019) (applying Rule 41 in habeas case). Because the government answered the petition (ECF 5), the petition may only be dismissed by "a stipulation of dismissal signed by all parties who have appeared," or "by court order[] on terms that the court considers proper." Fed. R. Civ. P. 41(a).

So, by **September 15, 2025**, the Court orders that either:

(1) The parties submit a joint motion for dismissal, or

(2) The respondents submit an opposition to the motion to dismiss.

Dated: September 5, 2025

Hon. Andrew G. Schopler
United States District Judge

---

[1] The Rules Governing § 2254 Cases may also apply to "a habeas corpus petition not covered by" the rules, such as this § 2241 petition. *See* Rules Governing § 2254 Cases, Rule 1(b).

1